FILED
U.S. DIST COURT
            OF LA

2009 NOV 13 A 10: 15

BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHEVRON U.S.A. INC.** | * | CIVIL ACTION |
| | * | |
| v. | * | NO. 3:08-CV-0076 |
| | * | |
| **ENERGEN RESOURCES CORPORATION** | * | JUDGE BRADY |
| | * | |
| | * | MAGISTRATE NOLAND |

\* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Joint Motion for Dismissal of Main Demand With Reservation of Rights filed by plaintiff, Chevron U.S.A., Inc. ("Chevron"), and defendant Energen Resources Corporation ("Energen"),

IT IS ORDERED that the complaint filed herein by Chevron against Energen be, and the same is, hereby DISMISSED with prejudice; and

IT IS FURTHER ORDERED that all rights and claims asserted herein by Energen against third-party defendant Kerr-McGee Oil and Gas Onshore, LP be, and the same hereby are, RESERVED.

Baton Rouge, Louisiana, this 13th day of November, 2009.

UNITED STATES DISTRICT JUDGE
James J. Brady